No. 705. First Congregational Church & Society of Burlington, Iowa, et al. *v.* Evangelical & Reformed Church et al. Motions of R. B. Swartzbaugh and Clark M. Robertson for leave to file briefs, as *amici curiae,* granted. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. *Kenneth W. Greenawalt, Robert C. C. Heaney* and *Thomas T. Adams* for petitioners. *Paul D. Miller, Loren T. Wood, Orrin G. Judd* and *David W. Peck* for respondents. *R. B. Swartzbaugh* and *Clark M. Robertson,* as *amici curiae,* in support of the petition.

No. 548, Misc. Price *v.* Rhay, Penitentiary Superintendent. Supreme Court of Washington. Certiorari denied. Petitioner *pro se. John J. O'Connell,* Attorney General of Washington, and *Ralph Olson,* Assistant Attorney General, for respondent.

No. 557, Misc. Miller *v.* Commissioner of Internal Revenue. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* and *Assistant Attorney General Oberdorfer* for respondent.

No. 569, Misc. Ridley *v.* United States. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 581, Misc. Abreu *v.* United States. C. A. 1st Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.